# United States Court of Appeals for the Federal Circuit

## E R R A T A

### March 19, 2007

Appeal Nos. 2006-1391, -1408, <u>Sevenson Environmental Servs. v. Shaw Enviro.</u>

Precedential Opinion

Decided:             February 21, 2007

Page 10, line 4: --contract-- should read --accused method--.